IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:  \*
    **Alison Lee Haley**     \*    Case No.
                                              Chapter 7
    **Debtor**     \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. (*Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary*).

| Property No. 1 | |
|---|---|
| Creditor's Name: **Green Tree Servicing** | Describe Property Securing Debt: **2013 Maplewood Drive, Hagerstown, MD 21740** |
| Property will be (*check one*):<br>____ Surrendered   **X**   Retained<br><br>If retaining the property, I intend to (*check at least one*):<br>___ Redeem the property<br>**X** Reaffirm the debt<br>___ Other: Explain _____(for example, avoid lien using 11 U.S.C. §522(f)).<br><br>Property is: (*Check one*):<br>___ Claimed as exempt    **X**  Not claimed as exempt. | |

| Property No. 2 | |
|---|---|
| Creditor's Name: **PNC Bank** | Describe Property Securing Debt: **2013 Maplewood Drive, Hagerstown, MD 21740** |
| Property will be (*check one*):<br>____ Surrendered   **X**   Retained<br><br>If retaining the property, I intend to (*check at least one*):<br>___ Redeem the property<br>**X** Reaffirm the debt<br>___ Other: Explain _____(for example, avoid lien using 11 U.S.C. §522(f)).<br><br>Property is: (*Check one*):<br>___ Claimed as exempt    **X**  Not claimed as exempt. | |

**PART B** – Personal property subject to unexpired leases. (*All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary*).

| Property No. 1 | | |
|---|---|---|
| Lessor's name: | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2):<br><br>___ YES   ___ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date:   **03/19/2014**                               **/s/ Alison Lee Haley**
                                                               Signature of Debtor

**0** Continuation Sheets Attached